UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES MCKINNIE, LONNIE MCKINNIE, LARRY ROBERTS and TINA ROBERTS, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | NO. 2:17-cv-00048 <br> CHIEF JUDGE CRENSHAW |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 48). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE